Opinion filed October 18, 2007 











 
 
  
 
 







 
 
  
 
 




Opinion filed October 18,
2007 

 

 

 

 

 

 

                                                                        In The

                                                                              

    Eleventh
Court of Appeals

                                                                   __________

 

                                                          No. 11-06-00320-CR 

 

                                                    __________

 

                                ANDREW
JESSE CORTEZ, Appellant

 

                                                             V.

 

                                        STATE
OF TEXAS, Appellee

 



 

                                         On
Appeal from the 104th District Court

                                                          Taylor
County, Texas

                                                  Trial
Court Cause No. 14383-B

 



 

                                                                   O
P I N I O N

Andrew Jesse Cortez has filed in this court a motion
to dismiss his appeal.  The motion is signed by both appellant and his counsel.
The motion is granted, and the appeal is dismissed.

 

PER CURIAM

October 18, 2007

Do not publish.  See Tex. R. App. P. 47.2(b).

Panel consists of:  Wright, C.J.,

McCall, J., and Strange, J.